IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CODY MOSLEY**                                                    **PLAINTIFF**

v.                          **No. 5:13-cv-236-DPM-JTK**

**SHERIDAN DETENTION CENTER;**
**SHANE, Officer, Sheridan Detention**
**Center**                                                 **DEFENDANTS**

## ORDER

1.      Mosley filed this *pro se* § 1983 action against the Sheridan Detention Center, alleging he never received a tuberculosis test and the Center lacked tuberculosis lights. № 2. Pursuant to the Court's Order, № 3, Mosley amended his complaint and added Officer Shane as a defendant. № 4. The Court must screen Mosley's amended allegations. 28 U.S.C. § 1915A.

2.      The Sheridan Detention Center is not a person within the meaning of § 1983 and cannot be sued. *Owens v. Scott County Jail*, 328 F.3d 1026, 1027 (8th Cir. 2003). The Center is therefore dismissed with prejudice.

3.      Mosley's claim that he was not provided a tuberculosis test or tuberculosis lighting at the Center fails to state a claim upon which relief may be granted. It is unclear whether Mosley is a pretrial detainee or a convicted prisoner. № 2 & 4. But the same deliberate-indifference standard applies to

both. *Owens v. Scott County Jail*, 328 F.3d 1026, 1027 (8th Cir. 2003); *Whitnack v. Douglas County*, 16 F.3d 954, 957 (8th Cir. 1994). Mosley does not allege he was deprived the minimal civilized measure of life's necessities, or exposed to a substantial risk of harm, or that Officer Shane acted with deliberate indifference to his health or safety. *Smith v. Copeland*, 87 F.3d 265, 268 (8th Cir. 1996). He does not allege that he suffers from tuberculosis symptoms or that he was exposed to tuberculosis from other inmates. He has therefore failed to state a plausible due process claim.

* * *

Mosley's complaint is dismissed for failing to state a claim upon which relief may be granted. This dismissal is a strike. 28 U.S.C. § 1915(g).

So Ordered.

_____
D. P. Marshall Jr.
United States District Judge

15 October 2013