IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CODY MOSLEY**                                                     **PLAINTIFF**

v.                    No. 5:13-cv-236-DPM

**SHERIDAN DETENTION CENTER;
SHANE, Officer, Sheridan Detention
Center**                                                  **DEFENDANTS**

## JUDGMENT

Mosley's complaint is dismissed with prejudice. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D. P. Marshall Jr.
United States District Judge

15 October 2013