IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CODY MOSLEY                                                                                    PLAINTIFF

v.                                             No. 5:13-cv-236-DPM

SHANE, Officer, Sheridan Detention
Center                                                                                              DEFENDANT

ORDER

This case is closed. Motions, № 9 & 10, denied as moot.

*D. P. Marshall Jr.*
D. P. Marshall Jr.
United States District Judge

5 November 2013