IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CODY MOSLEY**                                                                     **PLAINTIFF**

v.                                       No. 5:13-cv-236-DPM

**SHANE, Officer, Sheridan Detention
Center**                                                                              **DEFENDANT**

ORDER

This case is closed. Motions, № 9 & 10, denied as moot.

*D. P. Marshall Jr.*
United States District Judge

5 November 2013